Donald YORK *v.* STATE of Arkansas

RC 88-25                                      749 S.W.2d 330

Supreme Court of Arkansas
Opinion delivered May 16, 1988

*Donald R. Huffman*, Benton County Public Defender, by: *C.J. Hardcastle*, for appellant.

No objection.

PER CURIAM. Petitioner, Donald York, by his attorney, C.J. Hardcastle, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry* v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

A copy of this opinion will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.